FILED
ASHEVILLE, N.C.

DEC 2 0 2017

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 470-227-5866 | Case No. 1:17mj151<br><br>Filed Under Seal |

# ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding T-Mobile USA, Inc. / Metro PCS, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant of the existence of the attached warrant not to exceed one year.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that T-Mobile USA, Inc. / Metro PCS shall not disclose the existence of the attached warrant or this Order of the Court, to the listed subscriber or to any other person, for a period not to exceed one year except that T-Mobile USA, Inc. / Metro PCS may disclose the attached warrant to an attorney for T-Mobile USA, Inc. / Metro PCS for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

December 20, 2017
Date

Dennis L. Howell
United States Magistrate Judge
Western District of North Carolina